IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60268
Summary Calendar
_____

CESAR ALBERTO MARTINEZ-CAMPOS,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for Review of an Order
of the Board of Immigration Appeals
No. A71-774-283
- - - - - - - - - -
March 14, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:*

        Cesar Alberto Martinez-Campos, a native and citizen of El Salvador, has petitioned this court to review a determination by the Board of Immigration Appeals ("BIA") that he is not eligible for asylum.  Petitioner's one brief detention, although accompanied by beating, occurred eight years ago before the end of El Salvador's civil war.  There is insufficient evidence to show a well-founded fear of persecution when Martinez-Campos returns to El Salvador.  We DENY Martinez-Campos's petition because the record

_____

        *  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

shows that the BIA's determination is supported by substantial evidence. <u>Carbajal-Gonzalez v. INS</u>, 78 F.3d 194, 197 (5th Cir. 1996).

**PETITION DENIED.**